**JOHN J. TALTON, CHAPTER 13 TRUSTEE**  
Payee: Clerk of the Court  
  Please notify the Court & this office of any changes made after filing fo your claim  (ex. account number, address, claim assignment, etc.)

Check #.: **1000003**  
Date: 10/19/2011

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 0610322 | 00002 | JASON LEE SIMMONS & CATHRYN CALLEEN S | | 1,070.75 | 43.98 | 0.00 | 43.98 |
| | | Original Check written to:<br>DELL FINANCIAL SERVICES<br>12234-B N INTERSTATE 35<br>AUSTIN, TX,   78753-1705 | | | | | |
| 0620093 | 00009 | WILLIAM FLOYD GAY, JR. & BARBAR L. GAY | | 0.00 | 438.77 | 0.00 | 438.77 |
| | | Original Check written to:<br>CAPITAL ONE AUTO FINANCE<br>ASCENSION CAPITAL GROUP<br>P O BOX 201347<br>ARLINGTON, TX   76006 | | | | | |
| 0620093 | 00999 | WILLIAM FLOYD GAY, JR. & BARBAR L. GAY | | 0.00 | 1,044.56 | 0.00 | 1,044.56 |
| | | Original Check written to:<br>WILLIAM FLOYD GAY, JR.<br>1935 CR 3333<br>OMAHA, TX,   75571 | | | | | |
| 0620150 | 00027 | CHARLES RAY PRICE & DELPHIA M. PRICE | | 1,130.57 | 31.43 | 0.00 | 31.43 |
| | | Original Check written to:<br>FAMILY MEDICIAL GROUP<br>2602 ST. MICHAEL DR. #401<br>TEXARKANA, TX,   75503 | | | | | |
| 0690059 | 00103 | CLAYTON LAMAR WALLACE & KAREN PATRIC | xxxx6030 | 513.33 | 19.57 | 0.00 | 19.57 |
| | | Original Check written to:<br>HUNTINGTON STATE BANK<br>P O BOX 1090<br>HUNTINGTON, TX,   75949 | | | | | |
| 0720159 | 00025 | MARILYN J KING | | 32.68 | 72.53 | 0.00 | 72.53 |
| | | Original Check written to:<br>CHEVRON CREDIT BANK NA<br>2001 DIAMOND BLVD<br>P O BOX 5010 SEC 230<br>CONCORD, CA,   94524-0010 | | | | | |
| | | **TOTALS** | | 2,747.33 | 1,650.84 | 0.00 | 1,650.84 |